IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 08-39 |
| DERRICK E. EVERETT | |

## ORDER

**AND NOW**, this 3rd day of August, 2017, upon consideration of Defendant Derrick E. Everett's Petition Pursuant to 18 U.S.C. § 3553 for Modification of an Imposed Term of Imprisonment (ECF No. 43) and the USA's response thereto (ECF No. 46) it is **HEREBY ORDERED** that the Petition is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

                                             **BY THE COURT:**

                                             /s/Wendy Beetlestone, J.
                                             _____
                                             **WENDY BEETLESTONE, J.**