# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 08-39 |
| DERRICK EDWARD EVERETT | |

## O R D E R

**AND NOW**, this 5th day of October, 2018, upon consideration of Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 49) and the Government's Response thereto (ECF No. 52), **IT IS ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**